IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **POWER RESTORATION** : | | |
| **INTERNATIONAL, INC.** : | | CIVIL ACTION |
| *Plaintiff,* : | | |
| : | | |
| v. : | | |
| : | | |
| **PEPSICO, INC., et al.** : | | NO. 12-1922 |
| *Defendants/ Third Party Plaintiffs,* : | | |
| : | | |
| v. : | | |
| : | | |
| **GREGORY JENNINGS, et al.** : | | |
| *Third Party Defendants* : | | |

# O R D E R

**AND NOW**, this 29th day of April, 2014, upon consideration of Third Party Defendant Gregory Jennings's Motion to Dismiss (Docket No. 52), and Defendants'/Third Party Plaintiffs' Opposition thereto (Docket No. 54), as well as the representations of counsel at oral argument on April 22, 2014, it is hereby **ORDERED** that Mr. Jennings's Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE